## In the Matter of the Care and Treatment of Stephen TAYLOR, Appellant.

### No. ED 97769.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 18, 2012.

Erika R. Eliason, Columbia, MO, for Appellant.

Timothy A. Blackwell, Jefferson City, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

### *ORDER*

PER CURIAM.

Stephen Taylor appeals from the probate court's judgment after a jury trial committing him to secure confinement in the custody of the Missouri Department of Mental Health as a sexually violent predator. We have reviewed the briefs of the parties and the record on appeal and conclude that there was sufficient evidence from which a reasonable fact finder could

have found each necessary element by clear and convincing evidence. *In re A.B.,* 334 S.W.3d 746, 752 (Mo.App. E.D.2011). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the decision pursuant to Missouri Rule of Civil Procedure 84.16(b).